IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| **MIRROR WORLDS TECHNOLOGIES, LLC,** § § § | | |
| Plaintiff, § § | **CASE NO. 6:13-CV-419** | |
| vs. § § | **(LEAD CASE)** | |
| **APPLE, INC.,** *et al.***,** § § | **JURY DEMANDED** | |
| Defendants. § | | |

| | | |
|---|---|---|
| **MIRROR WORLDS TECHNOLOGIES, LLC,** § § § | | |
| Plaintiff, § § | **CASE NO. 6:13-CV-941** | |
| vs. § § | **JURY DEMANDED** | |
| **DELL INC.,** *et al.***,** § § | | |
| Defendants. § | | |

## ORDER

Before the Court is Mirror Worlds Technologies, LLC's ("Mirror Worlds") and Best Buy Stores, LP and BestBuy.com, LLC's (collectively, "Best Buy") Stipulation to Stay Proceedings as to Best Buy Defendants (6:13-cv-941, Docket No. 166).

On May 23, 2013, Mirror Worlds filed an infringement suit styled *Mirror Worlds Techs., LLC v. Apple Inc. et al.*, No. 6:13-cv-419 ("the Apple case"). The Defendants in the Apple case originally included Apple Inc. ("Apple"), Microsoft Corporation ("Microsoft"), several Microsoft Windows-based manufacturers, and retailer Best Buy.[1]  6:13-cv-419, Docket No. 1.

---

[1] When the case was originally filed, Best Buy Co., Inc. was named as a Defendant and Best Buy Stores, LP and BestBuy.com, LLC were not yet named as parties.  Best Buy Co., Inc. has since been dismissed and Best Buy Stores, LP and BestBuy.com, LLC have been named as parties.  6:13-cv-419, Docket No. 136, n.1.

On December 10, 2013, the Court severed the Microsoft Windows-based claims into a separate action, styled *Mirror Worlds Techs., LLC v. Dell Inc., et al.*, No. 6:13-cv-941 ("the Microsoft case"). 6:13-cv-419, Docket No. 136. Best Buy remained a party to both the Apple case and the Microsoft case. *Id.* Mirror Worlds and Best Buy now stipulate that the proceedings in the Microsoft case should be stayed as to Best Buy until further Court order, and request the Court's approval of that stay. 6:13-cv-941, Docket No. 166 at 2.

In the Stipulation, Best Buy acknowledges that it does not modify the Microsoft Windows operating system that is installed on personal computers or laptops that it resells to customers. *Id.* at 1. Further, Best Buy agrees to be bound by any determination regarding Mirror Worlds' Windows-based claims against Microsoft, Dell Inc. ("Dell"), Samsung Electronics America Inc. and Samsung Telecommunications America LLC (collectively, "Samsung"), Lenovo (United States) Inc. ("Lenovo"), and Hewlett-Packard Company ("HP"), including any determination (a) that U.S. Patent No. 6,006,227 ("the '227 Patent") is not invalid; (b) that selling the Microsoft, Dell, Samsung, Lenovo, and HP products accused of infringing in the Microsoft case constitutes infringement of the '227 Patent; and (c) as to the meaning of any claim term or element in the '227 Patent. *Id.* at 2.

Accordingly, the Court **APPROVES** the stipulated stay. The proceedings in the Microsoft case as to Best Buy **SHALL** be stayed until further Court order. This Order does not affect the proceedings in the Apple case as to Best Buy or any other party.

**So ORDERED and SIGNED this 1st day of July, 2014.**



    **LEONARD DAVIS**
    **UNITED STATES DISTRICT JUDGE**