**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| **MIRROR WORLDS TECHNOLOGIES, LLC,** | § | |
| | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | **CAUSE NO. 6:13-CV-419** |
| **vs.** | § | **(LEAD CASE)** |
| | § | |
| **APPLE INC., ET AL.,** | § | |
| | § | |
| **Defendants.** | § | |

## <u>ORDER</u>

Previously, the Court appointed Michael T. McLemore as technical consultant to the Court in this action with his costs to be assessed equally between Plaintiff and Defendants and timely paid as billed.  The Court received Mr. McLemore's invoice for services through November 13, 2014 in the amount of $29,400.00 and hereby **ORDERS** payment to be promptly made to Mr. Michael T. McLemore, 12 Borello Dr., Lakeway, TX 78738 as follows:

| | |
|---|---|
| Plaintiff: | $ 14,700.00 |
| Defendants: | $ 14,700.00 |
| TOTAL: | $ 29,400.00 |

As there are multiple Defendants in this case, the Court further **ORDERS** Apple Inc. to collect the remaining Defendants' portion of the payment and make a single collective payment to Mr. McLemore in the amount of $14,700.00.

**So ORDERED and SIGNED this 19th day of November, 2014.**

**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**