IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| MIRROR WORLDS TECHNOLOGIES, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>APPLE, INC., et al.,<br><br>Defendants. | Civil Action No. 6:13-cv-419 (RWS)<br><br>**Jury Demanded** |
| MIRROR WORLDS TECHNOLOGIES, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>DELL, INC., et al.,<br><br>Defendants. | Civil Action No. 6:13-cv-941 (RWS)<br><br>**Jury Demanded** |

**Order of Dismissal**

The Court has before it the Joint Motion to Dismiss of Plaintiff Mirror Worlds and the Defendants in Civil Action No. 6:13-cv-941 (RWS) (the "'941 Action"), Microsoft Corporation, Dell Inc., Hewlett Packard Co., Lenovo (United States) Inc., Samsung Telecommunications America LLC, Samsung Electronics America, Inc., and Best Buy Stores, LP (collectively, the "'941 Defendants"). Good cause appearing, the Court hereby GRANTS the motion.

IT IS THEREFORE ORDERED that all claims asserted by Plaintiff against the '941 Defendants in the '941 Action are DISMISSED WITH PREJUDICE;

IT IS FURTHER ORDERED that all counterclaims asserted by the '941 Defendants against Plaintiff in the '941 Action are DISMISSED WITHOUT PRJUDICE.

2

IT IS FURTHER ORDERED that all costs and expenses relating to this litigation (including attorney and expert fees and expenses) shall be borne solely by the party incurring same.

**So ORDERED and SIGNED this 9th day of November, 2015.**

*[signature: Robert W Schroeder III]*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE