IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| MIRROR WORLDS TECHNOLOGIES, LLC, § § §| |
| *Plaintiff*, § | |
| § | |
| vs. § | CIVIL ACTION NO. 6:13-cv-419 |
| § | |
| APPLE INC. et al., § § | |
| *Defendants*. § | |

## FINAL JUDGMENT

The above-entitled civil action has come before the Court for consideration. On May 23, 2013, Plaintiff brought this action against Defendants Apple, Inc., Best Buy Co. Inc., Dell, Inc., Hewlett Packard Company, Lenovo Group Ltd., Lenovo (United States) Inc., Microsoft Corp., Samsung Electronic USA Inc. and Samsung Telecommunications America, LLC.  Docket No. 1. Plaintiff joined Defendants Best Buy Stores LP and BestBuy.com, LLC in its amended complaint. Docket No. 79.

On August 13, 2013, the Court dismissed without prejudice all claims against Lenovo Group Ltd. Docket No. 50.  On October 1, 2013, the Court dismissed without prejudice all claims against Best Buy Co. Inc.  Docket No. 86.  On December 10, 2013, the Court severed all claims against Microsoft Corp., Hewlett-Packard Co., Lenovo (United States) Inc., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC and some claims against Best Buy Stores LP and BestBuy.com, LLC, and consolidated those claims into Civil Action No. 6:13-cv-941. Docket No. 136.  The Court dismissed with prejudice all claims against the consolidated defendants in Civil Action No. 6:13-cv-941 on November 9, 2015.   Docket No. 389.

The Court dismissed with prejudice all claims against Apple Inc. and the remaining claims against Best Buy Stores LP and BestBuy.com, LLC on August 9, 2016. Docket Nos. 551, 552.

Accordingly, **IT IS HEREBY ORDERED** that the above-entitled and numbered cause of action is **DISMISSED WITH PREJUDICE**. The Clerk is **ORDERED** to close the above-entitled civil action.

All motions by either party not previously ruled on are hereby **DENIED**.

**SIGNED this 15th day of August, 2016.**

*Robert W Schroeder III*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE